IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| BERKLEY ASSURANCE COMPANY<br>    Plaintiff | §<br>§<br>§ | |
| VS. | § | CIVIL ACTION 7:21-CV-00160 |
| | § | |
| TRIPLE A DUMP TRUCK SERVICE<br>    Defendant | §<br>§<br>§ | |

## AGREED STIPULATION OF DISMISSAL

COMES NOW Plaintiff BERKLEY ASSURANCE COMPANY ("Plaintiff") and files this Agreed Stipulation of Dismissal, respectfully showing the Court as follows:

1. Pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), Plaintiff hereby stipulates to the DISMISSAL with prejudice of its claims against Defendant Triple A Dump Truck Service, the only other party to this action.

2. Pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), Defendant Triple A Dump Truck Service hereby stipulates to the DISMISSAL with prejudice of its claims against Plaintiff.

3. The parties ask the Court to sign the attached order dismissing all claims with prejudice.

This 13th day of December 2021.

                                              Respectfully Submitted,
                                              */s/ Joseph Andrew Love*
                                              Joseph Andrew Love, Attorney-in-Charge
                                              State Bar of Texas No. 24007571
                                              Southern District of Texas Bar No. 23997
                                              Thomas C. Wright (of counsel)
                                              State Bar of Texas No. 22059400

**WRIGHT CLOSE & BARGER, LLP**
One Riverway, Suite 2200
Houston, Texas 77056
love@wrightclosebarger.com
wright@wrightclosebarger.com

*ATTORNEYS FOR PLAINTIFF BERKLEY ASSURANCE COMPANY*

_____
Chris Franz, Attorney in Charge
State Bar No. 00792514
Fed ID 20870
Gil P. Peralez (Of Counsel)
State Bar No. 00791426
Fed ID 20401

**PERALEZ FRANZ, LLP (Of Counsel)**
1416 W. Dove Ave.
McAllen, Texas 78504
(956) 682-3660 Telephone
(956) 682-3848 Facsimile
E-Service: service@peralezfranzlaw.com

*ATTORNEYS FOR DEFENDANT TRIPLE A DUMP TRUCK SERVICE*

**CERTIFICATE OF SERVICE**

I hereby certify that, on December 13, 2021, I electronically submitted the foregoing document with the Clerk of the Court for the U. S. District Court, Southern District of Texas, McAllen Division, using the electronic case files system of the Court. The electronic case files system sent a "Notice of Electronic Filing" to the individuals who have consented in writing to accept this Notice as service by electronic means.

*/s/ Joseph Andrew Love*
Joseph Andrew Love