United States District Court
Southern District of Texas
**ENTERED**
December 14, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| BERKLEY ASSURANCE COMPANY, § § Plaintiff/Counter-Defendant, § § VS. § CIVIL ACTION NO. 7:21-cv-00160 § TRIPLE A DUMP TRUCK SERVICE § LLC, § § Defendant/Counter-Plaintiff. § | |

## DISMISSAL ORDER

The Court now considers the parties' "Agreed Stipulation of Dismissal"[1] filed on December 13, 2021, at 2:55 p.m. in violation of the Court's November 4th order.[2] In the stipulation, the parties mutually agree to dismiss their claims and counterclaims against the opposing party.[3] Under Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(c), Plaintiff and Counter-Plaintiff may dismiss their respective claims without a Court order by filing a stipulation of dismissal signed by all appearing parties. Because the stipulation is signed by all appearing parties,[4] the parties have effectively dismissed this case and no further action by this Court is necessary.[5] All of Plaintiffs' claims and Counter-Plaintiff's counterclaims are **DISMISSED WITH PREJUDICE**. All deadlines and conferences in this case are **CANCELLED**, and any pending motion, request, or other matter is **DENIED AS MOOT**. Each party is to bear its own costs and fees. This case is terminated and the Clerk of the Court is instructed to close this case.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 14th day of December 2021.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 17.
[2] Dkt. No. 16.
[3] Dkt. No. 17 at 1, ¶¶ 1–2.
[4] *Id.* at 1–2.
[5] *Cf. Bechuck v. Home Depot U.S.A., Inc.*, 814 F.3d 287, 291 (5th Cir. 2016) (quoting *In re Amerijet Int'l, Inc.*, 785 F.3d 967, 973 (5th Cir. 2015) (per curiam)).